on Friday, May 18, 1928.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

EDNA CONROY, Respondent, v. FREDERIC DE P. FOSTER and EDWARD F. DE BEIXEDON, as Executors and Trustees, etc., Defendants, and BENJAMIN S. GOLDSMITH and Others, Appellants.— Motion for reargument denied, with ten dollars costs.   Motion for resettlement of order denied.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

EDNA CONROY, Appellant, v. FREDERIC DE P. FOSTER and EDWARD F. DE BEIXEDON, as Executors and Trustees, etc., Respondents.— Motion to dismiss appeal denied.   Motion to dispense with printing record and to use the record in the Goldsmith appeal granted.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MURIEL ELSASSER, Respondent, v. HERMAN HUGH ELSASSER, Appellant.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MURIEL ELSASSER, Respondent, v. HERMAN HUGH ELSASSER, Appellant.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

FAY'S FURNITURE AND UPHOLSTERY, INC., Respondent, v. FRANCIS P. BRADY, Appellant.— Motion to dismiss appeal denied, without costs.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

LUDWIG FREUDENTHAL, Respondent, v. MORICHES LAND AND IMPROVEMENT COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

HELEN GAMSEY, Plaintiff, v. KRACHAN REALTY CORPORATION, Defendant. LEWIS, DE MICCO AND TEPEDINO CORPORATION, Appellant; RAE FINANCE CORPORATION and Others, Respondents.— Motion to dismiss appeal denied.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

GENEVIEVE GOLDSCHMIDT, Respondent, v. NEW YORK STATE HOUSING COMPANY, etc., and Another, Defendants, and FRANCIS VAN DAM, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

MAURICE B. GREENBERG, Appellant, v. MAURICE I. KAMLET, Respondent.— Motion to withdraw appeal granted upon payment of taxable costs and disbursements to date.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

CECILIA HACKETT, by PATRICK J. HACKETT, Her Guardian ad Litem, Respondent, v. FREDERIC DE P. FOSTER and EDWARD F. DE BEIXEDON, as Executors and Trustees, etc., Defendants, and BENJAMIN S. GOLDSMITH and Others, Appellants.— Motion for reargument denied, with ten dollars costs.   Motion for resettlement of order denied.   Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

CECILIA HACKETT, by PATRICK J. HACKETT, Her Guardian ad Litem, Appel-